# UNITED STATES DISTRICT COURT

**\*\*\*\*** DISTRICT OF __NEVADA__

BENITA LEORA SEE,

    Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

                    CASE NUMBER: **3:16-cv-00752-HDM-VPC**

NANCY A. BERRYILL,
Acting Commissioner of Social Security,

    Defendant.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that final judgment is hereby entered in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

  __July 7, 2017__                                    **DEBRA K. KEMPI**
                                                    Clerk

                                                  __/s/ D. R. Morgan__
                                                   Deputy Clerk